## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GHERSON TOVAR and LARRY WIEGAND, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:16-cv-01037-DRH-SCW |
| v. ) ) | Judge David R. Herndon<br>Magistrate Judge Stephen C. Williams |
| NBTY, INC. and UNITED STATES NUTRITION, INC., ) ) ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT

NBTY, Inc., and its affiliated company, United States Nutrition, Inc. (collectively, "Defendants") hereby move to dismiss, in part, the Class Action Complaint in this case for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim as a matter of law pursuant to Federal Rule of Civil Procedure 12(b)(6).

The bases for this motion are more fully set forth in the accompanying Memorandum in Support.

Respectfully submitted,

NBTY, INC., and UNITED STATES NUTRITION, INC.,

By:  /s/ Robert M. Andalman
       One of their attorneys

William A. Delgado *(motion for admission forthcoming)*
WILLENKEN WILSON LOH & DELGADO LLP
Willenken Wilson Loh & Delgado LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
Tel.: (213) 955-9240

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
A&G LAW LLC
A&G Law LLC
542 S. Dearborn St., 10th Floor
Chicago, IL 60605
Tel.: (312) 348-7629

Attorneys for Defendants
NBTY, INC., UNITED STATES NUTRITION, INC.

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, hereby certify that on November 11, 2016, I caused to be electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT,** which will be served electronically on all registered parties of record.

/s/ Robert M. Andalman