# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GHERSON TOVAR and LARRY WIEGAND, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:16-cv-1037-DRH-SCW ) |
| NBTY, INC., and UNITED STATES NUTRITION INC., | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Gherson Tovar and Larry Wiegand hereby voluntarily dismiss this action without prejudice. Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: January 23, 2017      Respectfully submitted,

/s/ *Matthew H. Armstrong*
Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel:   314-258-0212
Email: matt@mattarmstronglaw.com

Nick Suciu III
BARBAT, MANSOUR & SUCIU PLLC
1644 Bracken Rd.
Bloomfield Hills MI 48302
Tel:   313-303-3472
Email: nicksuciu@bmslawyers.com

Stuart L. Cochran
STECKLER GRESHAM COCHRAN PLLC
12720 Hillcrest Rd., Ste. 1045
Dallas, TX 75230
Tel:   972-387-4040

1

Fax: 972-387-4041
Email: scochran@scochranlaw.com

Counsel for Plaintiffs and the Putative Classes

### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ *Matthew H. Armstrong*